CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
NOV 19 2015
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JOSEPH EDWARD RAMEY,<br>    Plaintiff, | Civil Action No. 7:15-cv-00586 |
| v. | **DISMISSAL ORDER** |
| SGT. CALDWELL, *et al*,<br>    Defendant(s). | By:    Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 19th day of November, 2015.

/s/ Jackson L. Kiser
Senior United States District Judge